# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J.R. MCFARLANE, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**CORTEZ COUNCIL**
**PRIVATE (E-1), U.S. MARINE CORPS**

**NMCCA 201300368**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 14 June 2013.
**Military Judge:** LtCol Leon Francis, USMC.
**Convening Authority:** Commanding Officer, 3d Assault Amphibian Battalion, 1st Marine Division (REIN), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** Maj D.P. Harvey, USMC.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court